# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| Deven L. Cobb, <br><br> Plaintiff, <br><br> v. <br><br> RMLS HOP Indiana, L.L.C, d/b/a IHOP Romulus, Inc., <br><br> Defendant. | Case No: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant RMLS HOP Indiana, LLC ("RMLS") submits the instant Notice of Removal to this Court. RMLS submits the following statements as grounds for removal:

1. On September 2, 2021, Plaintiff Deven L. Cobb ("Mr. Cobb") filed a lawsuit against Defendant in the Allen Superior Court, Cause No. 02D01-2109-CT-000468. A copy of the Complaint, together with copies of all process, pleadings, and orders served on RMLS, are attached as Exhibit 1.

2. The Complaint was served on RMLS between September 2 and September 5, 2021.

3. Removal is appropriate under 28 U.S.C. § 1331 because this case arises under the laws of the United States, namely, the Fair Labor Standards Act of 1938, 29 U.S.C. § 203, *et seq*. This action is removable under 28 U.S.C. § 1441 as one over which the District Court has original jurisdiction.

4. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Mr. Cobb's claim arising under Indiana law because the claim is "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

5. By removing this action, RMLS does not waive any defenses that are available under state or federal law. RMLS expressly reserves the right to move for dismissal of Mr. Cobb's claims pursuant to Fed. R. Civ. P. 12 or on any other basis.

6. Venue is proper because the Northern District of Indiana, Fort Wayne Division, embraces the Allen Superior Court 1, the forum from which this case has been removed. *See* 28 U.S.C. § 1441(a).

7. Concurrent with filing this Notice of Removal, RMLS will file a notice to the state court of this removal, together with a copy of this Notice of Removal, with the clerk of the Allen County Superior Court 1, and RMLS will serve them on all counsel of record. A copy of the Notice of Removal to Federal Court is attached hereto as Exhibit 2.

8. This action has not previously been removed to federal court.

RESPECTFULLY SUBMITTED this 27th day of September, 2021.

/s/ R. John Kuehn
R. John Kuehn (22434-71)
SouthBank Legal: LaDue Curran Kuehn
100 E Wayne Street, Suite 300
South Bend, IN 46601
jkuehn@southbank.legal
Telephone: (574) 968-0760
Facsimile: (574) 968-0761

AND

David A. Selden (*Pro Hac Vice to be Submitted*)
(AZ Bar #007499)
Gammage & Burnham, PLC
dselden@gblaw.com
40 N. Central Avenue, 20th Floor
Phoenix, AZ  85004
(602) 256-4490

*Attorneys for RMLS HOP Indiana, L.L.C.*

## PROOF OF FILING AND SERVICE

I certify that this *Notice of Removal* has been filed with the court using the CM/ECF System for filing on this 27th day of September, 2021, and on the same day I served via electronic mail this *Notice of Removal* on the following:

Christopher C. Myers
Ilene Marie Smith
Myers, Smith, Wallace, LLP
809 S. Calhoun Street, Suite 400
Fort Wayne, IN  45802
cmyers@myers-law.com
*Attorneys for Plaintiff*

/s/ R. John Kuehn

3