IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Deven L. Cobb,<br><br>      Plaintiff,<br><br>v.<br><br>RMLS HOP Indiana, L.L.C, d/b/a IHOP Romulus, Inc.,<br><br>      Defendant. | Case No: 1:21-cv-00372-HAB-SLC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that this case is resolved and shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated:  March 4, 2022 | By: /s/ Christopher C. Myers<br>Christopher C. Myers<br>Ilene Marie Smith<br>Myers, Smith, Wallace, LLP<br>809 S. Calhoun Street, Suite 400<br>Fort Wayne, IN  45802<br>cmyers@myers-law.com<br><br>*Attorneys for Plaintiff* |
| Dated:  March 4, 2022 | By: /s/ R. John Kuehn<br>R. John Kuehn (22434-71)<br>SouthBank Legal: LaDue Curran Kuehn<br>100 E Wayne Street, Suite 300<br>South Bend, IN 46601<br>jkuehn@southbank.legal<br>Telephone: (574) 968-0760<br>Facsimile: (574) 968-0761<br><br>AND<br><br>David A. Selden (*Pro Hac Vice to be Submitted*)<br>(AZ Bar #007499)<br>Gammage & Burnham, PLC<br>dselden@gblaw.com<br>40 N. Central Avenue, 20th Floor<br>Phoenix, AZ  85004<br>(602) 256-4490<br><br>*Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I certify that on March 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ R. John Kuehn